# UNITED STATES DISTRICT COURT

## District of Minnesota

Afi Kafui Adjavon

Petitioner(s),

v.

Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren Margolin, Executive Office for Immigration Review, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00141-PAM-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**; and
2. This action is **DISMISSED without prejudice**.

Date: 1/27/2026

KATE M. FOGARTY, CLERK